IN THE UNITED STATES DISTRICT COURT
FOR THE Southern District of West Virginia



FILED
DEC - 7 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

William Mitchell
  petitioner

v.                              Civil case No. 1:18-cv-01498

Barbara Rickard,
Warden, et al   respondents


Emergency
Petition For Habeas Corpus
28 USC 2241 et seq

Comes now the petitioner William Mitchell 27512-004 hereby Files this emergency petition for habeas corpus, in order to have access to the United States Court system. Ever since arriving at the Federal Correctional Institution McDowell, I have experience numerous "lockdowns" for no apparent reasons, accept to punish inmates for staff neglecting their duties. The current lockdown, is for security staff on the perimeter not being able to stop person or persons from physically throwing contraband over the double security fences.

I have personally, never seen a institution like FCI McDowell, where staff routinely are so complacent, that inmates can get into this institution, 30 to 40 cell phones and any other contraband.

So. for I have been confined to a two man cell with another inmate, for almost 30 days, without outside recreation, legal materials, phone calls to family, and when I've tryed to file a legal action, my legal mail has been taken, and not mailed.

When I attempted to ask my counsel Mr Lilly, he is a unit counselor, he said that he did not have access to supply me with legal scribe materials, even though I informed him that I have no funds and I'm indigent.

This petition is to have the United States Attorney answer my claims, in order for me and other inmates, to access to the Courts, in order to litigate these violations to my and other protected civil rights.

I have other sensitive important information, concerning the fraud and mismanagement of Government funds, that specific staff at the McDowell Institution are currently involved in. Unnecessary waste of Government funds

I request to have legal scribe materials supplied to me and others, which as of this filing are being denied, without any Administrative Remedy System I will sign a B-P-199 for any postage, paper, envelopes and pens supplied to me, as per B.O.P. policy.

This Warden at FCI McDowell, is not directing required staff like unit managers, counselors, medical sick call or mental health staff, to make those required rounds, in order to enforce the general B.O.P. policies, concerning any lockdown within any federal institution, per policy.

2

claims, that I have been denied access to the courts. Specifically, I filed an emergency restraining order in the U.S. District Court in Washington D.C. against the Federal Bureau of Prisons et al. over 10 days ago. I suspect that this correspondence was "taken" and not mailed, because the SIS Staff interviewed me about the issue.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

State *briefly* exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.

To be permitted to have legal access to the U.S. District Court for Washington D.C.

To be permitted legal scribe materials, like mailing stamps, legal envelopes, paper, writing pens in order to litigate my claims that warden Rickard and other Federal Bureau of Prisons staff are violating my due process and access to the Courts.

Signed this 5 day of December, 20 18.

William Mitchell
27512-004  pro se
*(Signature of Plaintiff(s))*

✱ Requesting that the Clerk of Court please supply return reciept of this petition in order to verify that this filing has not been "taken" by the respondents. William Mitchell

If no response is mailed in 10 days, I will file again with OIA, US Dept of Justice ASAP

3

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 5, 2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-5-2018

*William Mitchell*
Signature of Petitioner

*Pro-se*
Signature of Attorney or other authorized person, if any

U.S District Court
Southern West Virginia
U.S Courthouse
300 Virginia Street East
Charleston WV 25301

ATTACHMENT "A"

# FCI McDowell

# Inmate Bulletin

## Institutional Operations for All Inmates

Due to the incident occurring Sunday, November 11, 2018, all inmates will remain in Secured Cell status and scheduled visits in the General Population Visiting Room will be suspended.

The below schedule of events is contingent upon positive inmate behavior.

The following will be provided to the inmate population until further notice.

- Televisions will remain on
- Bag/Box meals will be served in the cells
- Medication will be delivered to the cells
- Showers will be offered in accordance with policy
- IDO will be gathering commissary slips on Sunday, December 2, 2018

On Monday, December 3, 2018, Executive Staff will re-evaluate and determine if a progressive release plan based on the security needs of the institution is appropriate.

Nov 30, 2018
Date

_____
fs Barbara Rickard, Warden